**People of the State of Illinois, Plaintiff-Appellee, v. John Adams (Impleaded), Defendant-Appellant.**

Gen. No. 49,994. 

First District, Second Division.

May 10, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. James Gildea, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. **Not to be published in full.**